

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-11-2011

# William Morgan v. Covington Twp

Precedential or Non-Precedential: Precedential

Docket No. 09-2528

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"William Morgan v. Covington Twp" (2011). *2011 Decisions.* Paper 595.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/595

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 09-2528 & 09-4644
_____

WILLIAM A. MORGAN,

Appellant

v.

COVINGTON TOWNSHIP; SGT. BERNARD KLOCKO, INDIVIDUALLY;
THOMAS M. YERKE, TOWNSHIP CHAIRMAN, INDIVIDUALLY

_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil Action Nos. 3-07-cv-01972 and 3-09-cv-00651)
District Judge:  Honorable A. Richard Caputo
_____

Argued November 17, 2010
_____

Before:  AMBRO, FISHER and GREENBERG, Circuit Judges

(Opinion filed August 2, 2011)


**ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

        IT IS NOW ORDERED that the published Opinion in the above case filed August 2, 2011, be amended as follows:

        On page 7, first full paragraph, line 1, change "After trial was completed" to "After testimony was completed".

By the Court,


/s/ Thomas L. Ambro
Circuit Judge


Dated:     August 11, 2011
SLC/cc:    John G. Dean
           Cynthia L. Pollick
           Joel M. Wolff
           Paula L. Radick

2